IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

PATRICK E. BRADLEY                                                                               PLAINTIFF

VS.                                                                       CIVIL ACTION NO. 3:06cv537-JCS

JOE CHAMBERS, et al.                                                                          DEFENDANTS

## ORDER OF DISMISSAL

On September 26, 2007, after due notice, the Court called this matter for trial. Plaintiff did not appear. Accordingly, it is hereby ordered that this action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 2nd day of October, 2007.


/s/ James C. Sumner
UNITED STATES MAGISTRATE JUDGE